UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV-26-07035-MWF (DSRx)** **Date: October 22, 2026**

Title: Ava Zendenham, et al. v. Marco Rubio, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| --- | --- |
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE RE REQUEST FOR CLERK TO ENTER DEFAULT [13]

Plaintiffs Ava Zendenham and Laurence Mazhinye ("Plaintiffs") filed their Complaint against Defendants Marco Rubio; U.S. Department of State; Mora Namdar, Assistant Secretary, Bureau of Consular Affairs; Stuart R. Wilson, Deputy Assistant Secretary for Visa Services; and Stephanie Bunce, U.S. Consul General, U.S. Consulate Johannesburg, South Africa ("Defendants"), on June 26, 2026 (the "Complaint" (Docket No. 1)). The Complaint seeks declaratory and injunctive relief concerning the immigrant visa petition filed by Ms. Zendenham on behalf of her husband, Mr. Mazhinye. (*Id.*)

On September 14, 2026, Plaintiffs filed Proof of Service as to all Defendants. (Docket No. 12). Plaintiffs served copies of the Summons, Petition and attached exhibits, Civil Cover Sheet, Notice to Counsel re Consent to Proceed Before a Magistrate Judge, Notice of Assignment to United States Judges, and Notice of Interested Parties on July 9, 2026, by first class certified mail, return receipt requested. (*Id.* ¶ 2). Plaintiffs mailed copies to: (1) the Office of the Assistant Attorney General for the U.S. Department of Justice in Washington, D.C.; (2) the Civil Process Clerk for the U.S. Attorney's Office for the Central District of California; (3) Mora Namdar, Assistant Secretary of the Bureau of Consular Affairs; (4) Stuart R. Wilson, Deputy Assistant Secretary of Visa Services; (5) Stephanie Bunce, U.S. Consul General of Johannesburg; (6) Marco Rubio, Secretary of State; and (7) the U.S. Department of

State. (*Id.*). Plaintiffs received return receipts from the Secretary of State's office and the U.S. Attorney's Office for the Central District of California. (*Id.* ¶ 3).

Plaintiffs' Proof of Service appears to fulfill the requirements of Federal Rule of Civil Procedure 4(i). Under Federal Rule of Civil Procedure 12(a)(2), Defendants were thus required to serve an answer or otherwise respond to the Complaint within 60 days after service on the U.S. Attorney. The U.S. Attorney received the Summons and Complaint on July 13, 2026. (Docket No. 12-1 at 5 ("Return Receipts"). Accordingly, that period expired on September 11, 2026. (Fed. R. Civ. P. 6(a)). No Defendant has entered an appearance or otherwise responded to the Complaint in this action.

On September 22, 2026, Plaintiffs filed a Request for Clerk to Enter Default Against All Defendants. (Docket No. 13). The Request was forwarded to the Court for determination. (Docket No. 14).

The Court **ORDERS** Defendants to **SHOW CAUSE** why they have not entered an appearance and have not responded to the Complaint in this action. The Court will accept Defendants' Notice of Appearance and response to Plaintiffs' Complaint filed no later than **November 3, 2026**, as a response to this Order to Show Cause.

Plaintiffs are **DIRECTED** to file any additional return receipts they have received.

The Court instructs chambers staff to email a copy of this Order to Daniel A. Beck, Chief of the Civil Division, United States Attorney's Office for the Central District of California.

IT IS SO ORDERED.